USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           - against -

BRYANT ESTEVEZ and TEREL BYERS,

           Defendants.

23 CR 656 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The pretrial status conference currently scheduled for March 15, 2024, is hereby adjourned to April 12, 2024, at 1:00 p.m., on consent of the parties. The defense consents to an exclusion of time from the Speedy Trial Act until April 12, 2024.

    It is hereby ordered that time until April 12, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    7 March 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.