```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

BRYANT ESTEVEZ and TEREL BYERS,

Defendants.

23 CR 0656 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The conference scheduled in this matter for May 24, 2024, is hereby adjourned until July 12, 2024, at 3:30 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until July 12, 2024.

It is hereby ordered that time until July 12, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:   May 22, 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.