UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRYANT ESTEVEZ,<br><br>                    Defendant. | 23-cr-0656 (VM)<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

The sentencing proceeding in this matter currently scheduled for September 13, 2024, is hereby advanced to September 6, 2024, at 1:00 p.m.

**SO ORDERED.**

Dated:    June 7, 2024
             New York, New York

                                                          _____
                                                                Victor Marrero
                                                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/07/24