```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

BRYANT ESTEVEZ,

                Defendant.

23 Cr. 656(VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The sentencing proceeding in this case currently scheduled for September 6 is hereby adjourned to October 18, 2024, at 2 p.m.

**SO ORDERED.**

Dated:    August 6, 2024
             New York, New York

_____
Victor Marrero
U.S.D.J.