USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    - against -

BRYANT ESTEVEZ,

      Defendant.

**23 Cr. 656(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby grants Defendant's motion requesting adjournment of sentencing. (See Dkt. No. 60.) The sentencing in the above-captioned matter scheduled for October 18, 2024, at 2:00pm is hereby adjourned until November 1, 2024, at 3:00pm.

**SO ORDERED.**

Dated: October 2, 2024
    New York, New York

_____
Victor Marrero
U.S.D.J.