USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

BRYANT ESTEVEZ,

        Defendant.

**23 Cr. 656(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The sentencing scheduled for November 1, 2024, at 3:00pm is hereby rescheduled for November 1, 2024, at 11:00am.

**SO ORDERED.**

Dated:    October 29, 2024
          New York, New York

*Victor Marrero*
U.S.D.J.